# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

March 14, 2010

The Honorable Sterling Johnson
Senior U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>U.S.A. v. Thomas Archer and Rukhsana Rafique, 08-CR-288 (s-1) (SJ)</u>

Your Honor:

  The defense exhibit list for Ms. Rukhsana Rafique is as follows

  1. RR-1: Department of Homeland Security, U. S. Citizenship and Immigration Services Form I-687 (09/09/09).
  2. RR-2: a certified copy of the order approving the settlement of class action in <u>Newman v. USCIS, et al., 87-cv-4757 (WDK)(CWx)</u>.
  3. RR-3: a certified copy of the joint motion to approve settlement of class action in <u>Newman v. USCIS, et al., 87-cv-4757 (WDK)(CWx)</u>.
  4. RR-4: a certified copy of desi Talk, dated May 7, 2004
  5. RR-5: a certified copy of desi Talk, dated May 14, 2004
  6. RR-6: a certified copy of News India Times, dated May 7, 2004
  7. RR-7: a certified copy of News India Times, dated May 14, 2004
  8. RR-8: a certification from the custodian of the archives of the newspapers Desi Talk and News India Times.

  Unmarked copies of these exhibits have been previously provided to the government and co-counsel.

                                                Respectfully submitted,

                                                Mildred M. Whalen
                                                Staff Attorney
                                                (718) 330-1290

cc:    Assistant U.S. Attorney Andrew Goldsmith
        Assistant U.S. Attorney Soumya Dayanda
        Ms. Karina Alomar, Esq.
               Attorney for defendant Thomas Archer
        ECF