UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                :

                -against-                           :

THOMAS ARCHER and
RUKHSANA RAFIQUE                           :        **08-CR-288(S-1)(SJ)**
                                                                       **VERDICT SHEET**
                     Defendants.         :
------------------------------------------------------X

**As to Count One**
**(Conspiracy to Commit Visa Fraud)**

1. How do you find the Defendant Thomas Archer as to Count One of the Indictment?

_____ Not Guilty                                  _____ Guilty

**If you have found Thomas Archer not guilty as to Count One, please go to 3. below.**

2. If you have found Thomas Archer guilty of Count One, please check the objective(s) of the conspiracy that the jury unanimously found him guilty of:

_____ To subscribe as true under penalty of perjury, false statements with respect to material facts on applications and other documents required by the immigration laws.

_____ To present false statements in applications and other documents required by the immigration laws.

1

3. How do you find the defendant Rukhsana Rafique as to Count One of the Indictment?

_____ Not Guilty               _____ Guilty

**If you have found Rukhsana Rafique not guilty as to Count One, please go to 5. below.**

4. If you have found Rukhsana Rafique guilty of Count One, please check the objective(s) of the conspiracy that the jury unanimously found her guilty of:

_____ To subscribe as true under penalty of perjury, false statements with respect to material facts on applications and other documents required by the immigration laws.

_____ To present false statements in applications and other documents required by the immigration laws.

**As to Count Two**
**(Visa Fraud)**

5. How do you find the defendant Thomas Archer as to Count Two of the indictment.

_____ Not Guilty               _____ Guilty

**If you have found Thomas Archer not guilty as to Count Two, please go to 7. below.**

6. If you have found Thomas Archer guilty of Count Two, please check the statement(s) the jury unanimously determined he knew to be false:

_____The statement in Form I-687 that Gulistan NLN entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Gulistan NLN remained continuously in the United States since the date of arrival stated in the form.

7. How do you find the defendant Rukhsana Rafique as to Count Two of the indictment.

_____ Not Guilty               _____ Guilty

**If you have found Rukhsana Rafique not guilty as to Count Two, please go to 9. below.**

8. If you have found Rukhsana Rafique guilty of Count Two, please check the statement(s) the jury unanimously determined she knew to be false:

_____The statement in Form I-687 that Gulistan NLN entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Gulistan NLN remained continuously in the United States since the date of arrival stated in the form.

**As to Count Four**
**(Visa Fraud)**

9. How do you find the defendant Thomas Archer as to Count Four of the indictment.

_____ Not Guilty                    _____ Guilty

**If you have found Thomas Archer not guilty as to Count Four, please go to 11. below.**

10. If you have found Thomas Archer guilty of Count Four, please check the statement(s) the jury unanimously determined he knew to be false:

_____The statement in Form I-687 that Nizar Ahmad entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Nizar Ahmad remained continuously in the United States since the date of arrival stated in the form.

11. How do you find the defendant Rukhsana Rafique as to Count Four of the indictment.

_____ Not Guilty                    _____ Guilty

**If you have found Rukhsana Rafique not guilty as to Count Four, please go to 13. below.**

12. If you have found Rukhsana Rafique guilty of Count Four, please check the statement(s) the jury unanimously determined she knew to be false:

_____The statement in Form I-687 that Nizar Ahmad entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Nizar Ahmad remained continuously in the United States since the date of arrival stated in the form.

3

## As to Count Five
## (Visa Fraud)

13. How do you find the defendant Thomas Archer as to Count Five of the indictment.

_____ Not Guilty       _____ Guilty

**If you have found Thomas Archer not guilty as to Count Five, please go to 15. below.**

14. If you have found Thomas Archer guilty of Count Five, please check the statement(s) the jury unanimously determined he knew to be false:

_____The statement in Form I-687 that Iris Ally entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Iris Ally remained continuously in the United States since the date of arrival stated in the form.

15. How do you find the defendant Rukhsana Rafique as to Count Five of the indictment.

_____ Not Guilty       _____ Guilty

**If you have found Rukhsana Rafique not guilty as to Count Five the verdict sheet is complete.**

16. If you have found Rukhsana Rafique guilty of Count Five, please check the statement(s) the jury unanimously determined she knew to be false:

_____The statement in Form I-687 that Iris Ally entered the United States prior to January 1, 1982.

_____The statement in Form I-687 that, except for brief absences, Iris Ally remained continuously in the United States since the date of arrival stated in the form.


_____
Signature of the Foreperson

Date: March \_\_\_, 2010

4